JS 45 (01/2008)

# Criminal Case Cover Sheet                                    U.S. District Court

**Place of Offense:**   Under Seal: Yes ___ No _X_   Judge Assigned: __CMH__

City __Arlington__ Superseding Indictment ___   Criminal Number: __1:10CR433__

County/Parish __Arlington__ Same Defendant ___   New Defendant _X_

Magistrate Judge Case Number _____ Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

**Defendant Information:**

Juvenile -- Yes ___ No _X_ FBI # _____

Defendant Name: __Maria Alejandra Espinoza__   Alias Name(s) _____

Address: __Clarksville, MD__

Employment: _____

Birth date __1987__ SS# _____ Sex _F_ Def Race __White__ Nationality _____ Place of Birth _____

Height __5'2"__ Weight __112__ Hair _____ Eyes _____ Scars/Tattoos _____

Interpreter: _X_ No ___ Yes List language and/or dialect: _____ Automobile Description _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody   ___ On Pretrial Release   _X_ Not in Custody

___ Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested

___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond _____

**Defense Counsel Information:**

Name: __Peter Greenspun__   ___ Court Appointed   Counsel conflicted out: _____

Address: 3955 Chain Bridge Rd
Fairfax, VA 22030   _X_ Retained

Telephone: __703-352-0100__   ___ Public Defender   Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA __Rosanne Cannon Haney__ Telephone No: __703-299-3973__   Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

_____

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 1112 | Involuntary Manslaughter | 1 | Felony |
| Set 2 | 18 USC 13 18.2-51.4 | DWI Maiming | 2 | Felony |
| Set 3 | | | | |

(May be continued on reverse)

Date: __11/9/10__   Signature of AUSA: _[signature]_