AO 455 (Rev. 01/09) Waiver of an Indictment

FILED
IN OPEN COURT

6 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:10CR433 |
| | ) | |
| Maria Alejandra Espinoza | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/16/10

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Peter D. Greenspun/Jon Shapiro
*Printed name of defendant's attorney*

_____
*Judge's signature*

Hon. Claude M. Hilton, United States District Judge
*Judge's printed name and title*