Case 1:10-cr-00433-CMH Document 3 Filed 11/16/10 Page 1 of 2



FILED
IN OPEN COURT

NOV 6 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.:1:10CR433 |
| | ) | Hon. Claude M. Hilton |
| MARIA ALEJANDRA ESPINOZA | ) | |

## CRIMINAL INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 13, 2009, along the George Washington Memorial Parkway, within the special maritime and territorial jurisdiction, in the Eastern District of Virginia, the defendant, Maria Alejandra Espinoza, killed Ashley J. Roberta, in the commission of an unlawful act, not amounting to a felony, and in the commission in an unlawful manner, and without due cause and circumspection, of a lawful act which might produce death.

(In violation of Title 18 United States Code Section 1112)

## COUNT TWO

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 13, 2009, along the George Washington Memorial Parkway, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, Maria Alejandra Espinoza, did unlawfully drive a motor vehicle while intoxicated, in a manner so gross, wanton and culpable as to show a reckless disregard for human life, unintentionally causing the serious bodily injury of Charles Davies, Jr., resulting in permanent and significant physical impairment.

(In violation of Title 18 United States Code, Section 13, assimilating Section 18.2-51.4, Code of Virginia, 1950 as amended).

Neil H. MacBride
United States Attorney

By: _____
Rosanne C. Haney
Assistant United States Attorney

_____
Patricia Haynes
Assistant United States Attorney