Date: 11/16/10   Judge: HILTON   Reporter: WESTFALL
Time: 10:00 To 10:12   Interpreter: _____
                       Language: _____

UNITED STATES of AMERICA            Update Deadlines: ____
Vs.                                 Prob. Copies: ____
                                    PTS Copies: ____
                                    AUSA Copies: ____

MARIA ESPINOZA                      1:10CR433
Defendant's Name                    Case Number

Peter Greenspun                     Rose Haney + Patricia Haynes
Counsel for Defendant               Counsel for Government

Matter called for:
( ) Motions            ( ) Setting Trial Date   ( ) Change of Plea Hrg.   ( ) Rule 35
( ) Arraignment        ( ) Appeal from USMC     ( ) Sentencing            ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.   (✓) Pre-Indictment Plea           ( ) Other: _____

Defendant appeared: (✓) in person    ( ) failed to Appear
                    (✓) with Counsel ( ) without counsel    ( ) through counsel
Filed in open court:
(✓) Criminal Information (✓) Plea Agreement (✓) Statement of Facts (✓) Waiver of Indictment ( ) Discovery Order

Arraignment & Plea:
( ) WFA ( ✓) FA ( ) PG ( ) PNG  Trial by Jury: ( ) Demanded ( ) Waived

____ Days to file Motions with Argument on _____ at _____ Information
Defendant entered Plea of Guilty as to Count(s) 1 + 2 of the Criminal Plea Accepted (✓)
Motion for Dismissal of Count(s) _____ ( ) by U.S. ( ) by Deft.
( ) Order entered in open court ( ) Order to follow
Defendant directed to USPO for PSI: (✓) Yes ( ) No
Case continued to 2-18-11 at 9:00 for: ( ) Jury Trial ( ) Bench Trial (✓) Sentencing

Rule 35:
US Rule 35 motion for reduction of sentence ( ) Granted ( ) Denied;
Sentence of ____ months heretofore imposed is reduced to a term of _____.

Probation/Supervised Release Hrg:
Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release;
Court: ( ) finds ( ) does not find defendant in violation of conditions of probation/supervised release.
Dft committed to custody of the US Atty General to serve a term of: ____ Months; ( ) Supervised Release terminated

---

All Exhibits must be filed with the Clerk ____ days prior to trial.
Bond Set at: $_____ ( ) Unsecured ( ) Surety (✓) Personal Recognizance
(✓) Release Order Entered ( ) Deft. Remanded (✓) Deft. Released on Bond ( ) Deft. Continued on Bond

Defendant is: ( ) In Custody ( ) Summons Issued ( ) On Bond ( ) Warrant Issued ( ) 1st appearance
w/ cond. set forth by PTS (see Order Setting Conditions of Release for details)