PS 8
(12/06)



UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF VIRGINIA

U.S.A. vs ESPINOZA, Maria AlejandraDocket No. 1:10-CR-433

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Quentin T. Lowe, U.S. PROBATION OFFICER, presenting an official report upon the conduct of defendant Maria Alejandra Espinoza, who was placed under pretrial release supervision by Your Honor sitting in the Court at Alexandria, on November 16, 2010, under the following conditions:

1) do not travel outside the D.C. Metropolitan area without prior approval of Pretrial Services, and not move from current residence without prior approval;
2) report to Pretrial Services as directed;
3) refrain from any use of alcohol, and any use or unlawful possession of a narcotic drug or controlled substance unless prescribed by a licensed medical person;
4) surrender any passport or other travel documents to Pretrial Services;
5) obtain no passport or travel documents; and
6) under substance abuse and alcohol testing and/or treatment as directed by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE
AS FOLLOWS:

The defendant has consumed alcohol.

PRAYING THAT THE COURT WILL ORDER A summons be issued for the defendant to appear and show cause why her conditions of release should not be revoked.

ORDER OF COURT

Considered and ordered this 15th day of February, 2011 and ordered filed and made a part of the records in the above case.

/s/
Liam O'Grady
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 14, 2011

Quentin T. Lowe
U.S. Probation Officer

Place: Alexandria, Virginia