AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| Maria Alejandra Espinoza | ) Case No. | 1:10CR433 |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of Court

Place: 401 Courthouse Square, Alexandria VA 22314

Courtroom No.: 800 - Judge Hilton

Date and Time: 2/23/11 @ 9:30 a.m.

This offense is briefly described as follows:

Violation of Pretrial Release - See Attached Petition

**COPY**

Date: 2/15/11

_Issuing officer's signature_

Kathy Roberts - Deputy Clerk
_Printed name and title_

---

I declare under penalty of perjury that I have:

❏ Executed and returned this summons      ❏ Returned this summons unexecuted

Date:

_Server's signature_

_Printed name and title_