Date: 2-24-11   Judge: HILTON   Reporter: WESTFALL
Time: 11:00 To 11:45   Interpreter: _____
  Language: _____

UNITED STATES of AMERICA   Update Deadlines: ____
Vs.   Prob. Copies: ____
  PTS Copies: ____
  AUSA Copies: ____

MARIA ALEJANDRA ESPINOZA       1:10CR433
Defendant's Name   Case Number

Peter Greenspun +       Rosey Haney + Patricia Haynes
Counsel for Defendant Jonathan Shapiro   Counsel for Government

Matter called for:
( ) Motions         ( ) Setting Trial Date   ( ) Change of Plea Hrg.   ( ) Rule 35
( ) Arraignment     ( ) Appeal from USMC     ( ) Sentencing            ( ) Rule 20 & Plea  Pretrial Violation/
( ) Probation/Supervised Release Hrg.       ( ) Pre-Indictment Plea   (✓) Other: Bond Revocation Hearing

Defendant appeared: (✓) in person    ( ) failed to Appear
                    (✓) with Counsel ( ) without counsel   ( ) through counsel
Filed in open court:
( ) Criminal Information ( ) Plea Agreement ( ) Statement of Facts ( ) Waiver of Indictment ( ) Discovery Order

Arraignment & Plea:
( ) WFA  ( ) FA  ( ) PG  ( ) PNG  Trial by Jury: ( ) Demanded  ( ) Waived

____ Days to file Motions with Argument on _____ at _____
Defendant entered Plea of Guilty as to Count(s) _____ Plea Accepted ( )
Motion for Dismissal of Count(s) _____ ( ) by U.S.  ( ) by Deft.
( ) Order entered in open court ( ) Order to follow
Defendant directed to USPO for PSI: ( ) Yes  ( ) No
Case continued to _____ at _____ for: ( ) Jury Trial ( ) Bench Trial ( ) Sentencing

Rule 35:
US' Rule 35 motion for reduction of sentence ( ) Granted ( ) Denied:
Sentence of ____ months heretofore imposed is reduced to a term of _____.

Probation/Supervised Release Hrg:
Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release;
Court: ( ) finds ( ) does not find defendant in violation of conditions of probation/supervised release.
Dft committed to custody of the US Atty General to serve a term of: ____ Months; ( ) Supervised Release terminated

US adduced evidence: Brenda Galbreigh. Argument heard. Court finds the dft in violation. Dft cont'd on Pretrial Release w/the same terms + conditions + w/the added requirement
All Exhibits must be filed with the Clerk ____ days prior to trial.
Bond Set at: $_____ ( ) Unsecured ( ) Surety ( ) Personal Recognizance
( ) Release Order Entered ( ) Deft. Remanded ( ) Deft. Released on Bond ( ) Deft. Continued on Bond

Defendant is: ( ) In Custody ( ) Summons Issued ( ) On Bond ( ) Warrant Issued ( ) 1st appearance
of home detention. The dft may go to work and attend any therapy sessions as directed by P.O.